**Michael RAUCH, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 78845**

Missouri Court of Appeals, Western District.

FILED: March 29, 2016

Michael Rauch, Cameron, MO, appellant pro se.

Gregory L Barnes, Jefferson City, MO, for respondent.

Before Division One: Lisa White Hardwick, Presiding Judge, Victor C. Howard and Gary D. Witt, Judges

**ORDER**

PER CURIAM

Michael Rauch appeals the denial of his motion to withdraw his *Alford* guilty plea, following his conviction for first-degree murder and armed criminal action. For reasons fully explained in a Memorandum provided to the parties, we find no error and affirm the judgment denying post-conviction relief.

AFFIRMED. Rule 84.16(b).